# Court of Appeals
# of the State of Georgia

ATLANTA, March 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0035.  FREDDIE J. WAKEFIELD, JR, et al. v. TIMOTHY A. KISER.**

Freddie J. Wakefield, Jr., DMD, Daryl S. Wakefield, and DentCorp Management, LLC (collectively, the "Defendants") have filed a renewed emergency motion for supersedeas seeking to stay further proceedings in the trial court pending their appeal from the appointment of the receiver.

This Court's Rule 40 (b) emergency powers are limited and intended to be used sparingly. Rule 40 (b) provides, in relevant part, that we may only "issue such orders or give direction to the trial court as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot." Based upon a review of the submitted material, we find that an emergency order of supersedeas is not warranted here. Accordingly, the Defendants' emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 03/11/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*